ALBERT TOMPKINS, Respondent, *v.* FONDA GLOVE LINING COMPANY, Appellant.

(Submitted April 29, 1907; decided May 21, 1907.)

Motion for re-argument denied, with ten dollars costs. (See 188 N. Y. 261.)

---

MARY C. BURKE, as Executrix of THOMAS P. BURKE, Deceased, Respondent, *v.* JOSEPH F. BAKER et al., Appellants, Impleaded with Another.

(Submitted April 29, 1907; decided May 21, 1907.)

Motion for re-argument denied, with ten dollars costs. (See 188 N. Y. 561.)